◼ In the Matter of BARBARA ANN C., Respondent, v THOMAS WILLIAM C., Appellant. (Appeal No. 1.) [836 NYS2d 467]—Appeal from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered May 15, 2006 in a proceeding pursuant to Family Court Act article 4. The order denied respondent's objections to an order of the Support Magistrate dated April 7, 2006.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.